# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146675

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JAMES MICHAEL DeWEESE,
          Defendant-Appellant.

SC: 146675
COA: 312171
Kent CC: 11-006928-FH

_____/

On order of the Court, the application for leave to appeal the December 17, 2012 judgment of the Court of Appeals is considered. We DIRECT the Kent County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

p0520